480

## William Philmore, Appellee, v. Otto N. Stein, Appellant.

### Gen. No. 40,689.

opinion filed December 13, 1939; rehearing denied December 27, 1939. Rawlins & Wright and Angerstein & Angerstein, for appellant; Thomas C. Angerstein, George W. Angerstein and Charles Wolff, of counsel; Benjamin R. Williams, for certain appellee; Robertson, Crowe & Spence, for certain other appellee; Benjamin R. Williams, Carl E. Abrahamson and Edmund L. McGibbon, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''